**Gary Kevin MATTIS, Plaintiff—Appellant,**

v.

**UNITED STATES DEPARTMENT OF JUSTICE; Federal Bureau of Investigation; Kimberly J. Delgreco; Tonia L. Lewis, Defendants—Appellees.**

No. 04–2009.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 18, 2004.

Decided Nov. 23, 2004.

Gary Kevin Mattis, Appellant pro se. Daniel W. Dickinson, Jr., Office of the United States Attorney, Wheeling, West Virginia, for Appellees.

Before LUTTIG and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

*Affirmed by unpublished PER CURIAM opinion.*

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gary Kevin Mattis appeals the district court's orders dismissing his civil action for lack of jurisdiction and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Mattis v. United States Dep't of Justice,* No. CA–03–10–3 (N.D.W. Va. Oct. 9, 2003; Apr. 9, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*